# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**Robert E Williams**

_____

_____

_____
(Plaintiff(s)/Petitioner(s))

v.

**Andy Garden**
**Troy Reed**
**Sgt. C. Carter**
**Officer Gillenwater**
(Defendant(s)/Respondent(s))

Case Number: **22-977-JPG**
(Clerk's Office will provide)

☒ CIVIL RIGHTS COMPLAINT
pursuant to 42 U.S.C. §1983 (State Prisoner)
☐ CIVIL RIGHTS COMPLAINT
pursuant to 28 U.S.C. §1331 (Federal Prisoner)
☐ CIVIL COMPLAINT
pursuant to the Federal Tort Claims Act, 28 U.S.C.
§§1346, 2671-2680, or other law

## I. JURISDICTION

Plaintiff: **Pretrial State Detainee**

A. Plaintiff's mailing address, register number, and present place of confinement. **204 N Washington Salem, IL. 62881**

Defendant #1:

B. Defendant **Andy Garden** is employed as
(a) (Name of First Defendant)
**Sheriff**
(b) (Position/Title)

with **Marion County Law Enforcement Cent.**
(c) (Employer's Name and Address)
**204 N. Washington. Salem IL. 62881**

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government? ☒ Yes ☐ No

If your answer is YES, briefly explain: **He is aware of the daily operations of this jail.**

Rev. 10/3/19

Defendant #2:

C. Defendant **Troy Reed** is employed as
(Name of Second Defendant)

**Jail Administrator**
(Position/Title)

with **Marion County Law Enforcement Center**
(Employer's Name and Address)
**204 N. Washington, Salem IL 62881**

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?  ☑ Yes  ☐ No

If you answer is YES, briefly explain: He came to my cell and direct told officer Sgt C Carter to have an officer clean my cell.

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).

Defendant **Clayton Carter**

Sergeant
Marion County Law Enforcement Center
204 N Washington, Salem, IL 62881
Sgt. C. Carter instructed Gillenwater to clean my cell, who failed to do it and disrespected me because she had to do it

over—

Defendant Officer Lacy Gillenwater

An Officer
Marion County Law Enforcement Center
204 N Washington, Salem IL. 62881

Officer Gillenwater refused to clean my cell. After repeatedly being told and she was very dispectful.

II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☐Yes ☐No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:   NC
   Plaintiff(s):

   Defendant(s):   NC

2. Court (if federal court, name of the district; if state court, name of the county):   NO

3. Docket number:   NC

4. Name of Judge to whom case was assigned:   NC.

5. Type of case (for example: Was it a habeas corpus or civil rights   NC
   action?):

6. Disposition of case (for example: Was the case dismissed? Was it   NC
   appealed? Is it still pending?):

7. Approximate date of filing lawsuit: NO

8. Approximate date of disposition: NO

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?" NO

III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☑ Yes   ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?   ☑ Yes   ☐ No

C. If your answer is YES,
   1. What steps did you take? I filed numerous grievances

   2. What was the result? most of my grievances went unanswered and the problem wasn't resolved.

D. If your answer is NO, explain why not.

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?   ☐ Yes   ☐ No

F. If your answer is YES,
   1. What steps did you take?

4

Rev. 10/3/19

2. What was the result?

G. If your answer is NO, explain why not.

H. Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

most of my grievances was disregarded, as if it was uneventful. However, I am enclosing several grievances

Rev. 10/3/19                              5

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

I would like to see the cells cleaned before moving another inmate in it. I could have easily caught Mrsa. I am seeking $100,000.00 in relief

VI. **JURY DEMAND** (*check one box below*)

The plaintiff ☐ does ☐ does not request a trial by jury.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: 5/4/22 (date)

204 N. Washington
Street Address

Salem, IL 62881
City, State, Zip

_____
Signature of Plaintiff

Robert E. O'Mara
Printed Name

_____
Prisoner Register Number

_____
Signature of Attorney (if any)

Rev. 10/3/19

A. State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

Count #1

On 4-6-22 [I] was struck with a brick from the foundation of the jail by another inmate. Being assaulted required (6) stitches I was moved to administrative block to B-#1. During which time I com-plained about the cell being dirty and [that I] was on the toilet and [filed] a grievance about not having cleaning supplies, such as bleach, soap, [etc.] [which was denied].

Later that night I swept all the trash out of the cell into the front of the cell so they could see exactly how filthy the cell [was]. Troy [Kelley] came to my cell [and] I explained the problem and he told Sgt. C Carter to have an officer clean up the cell. —over—

Rev. 10/3/19

Officer Sgt. Carter summoned officer Gillenwater to clean up the cell. She simply walked in the cell and picked up paper, verbally abused me, without using any bleach, soap etc to alleviate the problem.

She knew I had stitches and a fresh wound that required stitches but she didn't care. She called me a cry baby because she had to clean up the which she didn't do. I was scared and feared for my life and she didn't bring my ice pack when I needed it for my wound. My rights was violated. <u>FAILURE TO PROTECT</u>

also mail a copy of that document to all other parties, or if they have counsel, to that attorney. When you file your paper with the clerk, you must include a Certificate of Service, using the format shown below. Any pleading or other document received by the court that fails to include a certificate of service may be disregarded. Note, however, that some prison facilities participate in an electronic filing program. In general, you are not required to mail copies of documents to parties if your facility participates in an electronic filing program, because parties who participate in electronic filing will receive the document electronically. And, pursuant to General Order No. 2012-1, the clerk will mail a copy of electronically filed documents to any party who does not receive the document electronically. You may, however, be required to mail copies of a proposed document, such as a proposed amendment to a pleading. Additional information about electronic filing (and General Order No. 2012-1) is available through prison library staff.

---

**CERTIFICATE OF SERVICE**

I certify that a copy of this _USC 1983_ (Name of Document) was mailed/delivered

to _Robert Williams_ on _5/4/22_
(Name and Address of Party/Attorney)        (Date)

_____
Signature

_Robert E. C_____
Printed Name

---

12. Do not write letters to the court regarding your case. Such contact is improper. If you wish to provide information or ask the court to do something, you must file a motion with the clerk.

13. You are responsible for learning and following the procedures that govern the court process. The district judges, magistrate judges, clerk of court, and their staff are forbidden as a matter of law from providing legal advice. Legal advice should be sought from an attorney or legal clinic.

COPY

# MARION COUNTY JAIL
## GRIEVANCE FORM

DATE: 4-6-22 NAME: Robert Williams CELL: B1

**COMPLAINT OR REQUEST**: I need to be moved from this facility. A female officer Lacey, i don't know her last name because she refused to give it to me. Called me a [illegible] old man or boy, because my supervisor told her to clean my cell [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] she [illegible] [illegible] [illegible] [illegible]

*INMATE SIGNATURE & DATE:* Robert Williams 4-6-22

**RESPONSE**: I told her to Stay away from you the rest of the day. You will not be moved from this jail. I also talked to her about the way you said she was speaking to you, which she denied that she was being mean or rude to you. I also had another officer bring you a fresh ice pack

*RESPONDER SIGNATURE, TITLE & DATE:* Sgt. Clayton Carter

*GRIEVANCE PROCEDURE:*

Step 1: Discuss your grievance or request with an Officer. If the Officer cannot solve the grievance or fulfill the request, proceed to Step 2.

Step 2: Submit a completed GRIEVANCE FORM to the Jail Sergeant. If your grievance is not resolved, you can proceed to Step 3.

Step 3: Submit a completed GRIEVANCE FORM to the Jail Administrator. If your grievance is not resolved, you can proceed to Step 4.

Step 4: Submit a completed GRIEVANCE FORM to the Sheriff. The decision of the Sheriff will be final.

INMATES HAVE 24 HRS. FROM THE TIME OF AN INCIDENT TO FILE A GRIEVANCE & 24 HRS. FROM EACH TIME A GRIEVANCE IS DENIED TO APPEAL TO THE NEXT STEP.

# MARION COUNTY JAIL
## GRIEVANCE FORM

DATE: 4-25-22   NAME: Robert Wilson   CELL: B-1

**COMPLAINT OR REQUEST**: Violation of human rights, & descrimination. I've requested several times to be let out of my cell to clean. This is a cell of block. I've been denied to clean the inside of cell. Though you let a white inmate do it. I/idk him he's gone to prison now inmate three weeks. B3 cell toilet has been broken. Your placed a black inmate into it on the 17th whatever he stepped in there.

INMATE SIGNATURE & DATE: Robert Wilson   4-26-22

**RESPONSE**: You get cleaning supplies everyday. It is up to you to clean your cell on your hour out. Also the toilet in B3 was fixed yesterday.

This is a lie we did not get supplies & this answer makes sense cuz up my take out not because we are clean

RESPONDER SIGNATURE, TITLE & DATE: [signature]   4-26-22

**GRIEVANCE PROCEDURE**: Problems Resolved Toilet fix Inmate moved to another cell

Step 1: Discuss your grievance or request with an Officer. If the Officer cannot solve the grievance or fulfill the request, proceed to Step 2.
Step 2: Submit a completed GRIEVANCE FORM to the Jail Sergeant. If your grievance is not resolved, you can proceed to Step 3
(Step 3): Submit a completed GRIEVANCE FORM to the Jail Administrator. If your grievance is not resolved, you can proceed to Step 4
Step 4: Submit a completed GRIEVANCE FORM to the Sheriff. The decision of the Sheriff will be final.

INMATES HAVE 24 HRS. FROM THE TIME OF AN INCIDENT TO FILE A GRIEVANCE & 24 HRS. FROM EACH TIME A GRIEVANCE IS DENIED TO APPEAL TO THE NEXT STEP.

for a week then moved to another block he defecated in the toilet for days it wouldn't flush he was still made to stay in the cell. He was finally moved to another block the cell was empty with urine piss + defecation in the toilet for days. Officers/trustys/cos and did nothing to fix it. Then today after many white inmates came into this cell block and not went into that cell, I asked to clean that cell un offers but was told no. A plumber finally come today and I hope fixes it then you immediately placed a black inmate into the cell. Then made him clean the cell that cell should have been cleaned on Sunt. 2/5 and told open for days, or before anyone had been placed into it. But you place a black inmate into it immediately. Your staff are apparently not well trained on health related issues Because if a outbreak of any kind breaks out Your staff and everyone in this decision will not fix it. But your system/breakes is showing you to

# MARION COUNTY JAIL
## GRIEVANCE FORM

DATE _____ NAME _____ CELL: _____

**COMPLAINT OR REQUEST** _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*INMATE SIGNATURE & DATE:* _____

**RESPONSE** I will ask officer Gillenwater about the incident

_____

_____

_____

_____

_____

*RESPONDER SIGNATURE, TITLE & DATE:* Sgt Dal Eddy

**GRIEVANCE PROCEDURE:**
Step 1. Discuss your grievance or request with an Officer. If the Officer cannot solve the grievance or fulfill the request, proceed to Step 2.
Step 2. Submit a completed GRIEVANCE FORM to the Jail Sergeant. If your grievance is not resolved, you can proceed to Step 3
Step 3. Submit a completed GRIEVANCE FORM to the Jail Administrator. If your grievance is not resolved, you can proceed to Step 4
Step 4. Submit a completed GRIEVANCE FORM to the Sheriff. The decision of the Sheriff will be final.

INMATES HAVE 24 HRS. FROM THE TIME OF AN INCIDENT TO FILE A GRIEVANCE & 24 HRS. FROM EACH TIME A GRIEVANCE IS DENIED TO APPEAL TO THE NEXT STEP.

to be nice & forgiving by speaking and. She refuse to be kind. But she passes out my food. I really do not feel safe with her here. Especially if she can't be professional which she has showed me she is not. How can I trust my food to be served without being tampered with. Or is something happens to be that she would see me. I do not feel safe with this person working here. An officer should be respectful. She is not, and not even close to being professional. And her behavior should not be tolerated at this or any other facility. Inmate detainees.

## MARION COUNTY JAIL
## GRIEVANCE FORM

DATE: _____ NAME: Robert M[illegible] CELL: [illegible]

COMPLAINT OR REQUEST: _[illegible handwriting]_

_[several lines of illegible handwritten complaint]_

INMATE SIGNATURE: Robert W[illegible]

RESPONSE: If you do not feel safe in the cell that you are locked in 23-1 every day you can move to E5. The other inmate will not hurt you due to you being locked behind a door. He is also 10-96 (which means Mental Subject). We can gladly shut your chuck hole if you feel that would make things safer.

RESPONDER SIGNATURE, TITLE & DATE: G Nilson 14445 5-1-22

GRIEVANCE PROCEDURE:
Step 1 — Discuss your grievance or request with an Officer. If the Officer cannot solve the grievance or fulfill the request, proceed to Step 2.
Step 2 — Submit a completed GRIEVANCE FORM to the Jail Sergeant. If your grievance is not resolved, you can proceed to Step 3.
Step 3 — Submit a completed GRIEVANCE FORM to the Jail Administrator. If your grievance is not resolved, you can proceed to Step 4.
Step 4 — Submit a completed GRIEVANCE FORM to the Sheriff. The decision of the Sheriff will be final.

INMATES HAVE 24 HOURS FROM THE TIME OF AN INCIDENT TO FILE A GRIEVANCE & 24 HOURS FROM EACH TIME A GRIEVANCE IS DENIED TO APPEAL TO THE NEXT STEP.

I'm locked in a cell 2 hours a day and the officer refused to keep me safe when I asked for help again. I do not feel safe at this facility as Nelson admitted that he wouldn't be able to. I seen inmate through something inside my cell. I asked for help but was refused. A. Dean is an inmate on my wing I have known for some time near the incident, but officer Moore refused to tell the inmate that was between me to stay in easy open my cell. And when I told cell unit the sergeant when I ask for help I get constantly harassed and told Police won't be here when us I have been cross housed to where my diagnosis is known. I was moved out the jail immediately