IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

| | | |
|---|---|---|
| ROBERT E. WILLIAMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-00977-JPG |
| | ) | |
| ANDY GARDEN, | ) | |
| TROY REED, | ) | |
| CLAYTON CARTER, and | ) | |
| LACY GILLENWATER, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>MOTION FOR QUALIFIED HIPAA PROTECTIVE ORDER</u>**

Defendants Lacy Gillenwater and Troy Reed, in his official capacity only, by and through their attorneys, IFMK Law, LTd., and pursuant to Fed. R. Civ. P. 26(c), and 45 C.F.R. §§ 160 and 164, hereby move this Court to enter a Qualified HIPAA Protective Order to prevent the unauthorized disclosure of protected health information and limit its use during the course of the litigation. In support, Defendants state:

1. Plaintiff brought claims for damages in this case against Defendants under 42 U.S.C. § 1983 alleging that Defendants' conduct violated his Fourteenth Amendment rights and Defendants subjected Plaintiff to unconstitutional conditions of confinement at the jail by moving him to a filthy cell. [Doc. 10].

2. To properly defend against Plaintiff's claims, Defendants need to obtain Plaintiff's medical records from the healthcare providers who diagnosed or provided him care or treatment for any medical problems he may relate to his claims against Defendants.

3. Medical information is protected by the Health Insurance Portability and Accountability Act (HIPAA) of 1996. The Standards for Privacy of Individually Identifiable Health Information

("Privacy Rule") which implement HIPAA, establish the rules and specific requirements that health care providers, which are "covered entities," must follow when using and disclosing medical records. See 45 C.F.R. §§ 160 and 164 (2000).

    4.  Because the Defendants need to serve subpoenas for Plaintiff's records to his health care providers, who cannot release those records unless the requirements of HIPAA are met, they request this Court to enter a Qualified HIPAA Protective Order to allow the health care providers to release the records.

    5.  To comply with HIPAA, the Defendants have prepared a proposed protective order which prohibits the use of medical information and records covered by HIPAA for any purpose other than litigation of this case, prohibits their dissemination to parties outside this litigation, and requires their return to the producing party or disposal at the end of this litigation.

    7.  The proposed agreed Qualified HIPAA Protective Order will be emailed to the presiding Judge for review and entry in accordance with the Court's Local Rules.

    For the above and foregoing reasons, the Defendants request this Court to grant this motion and enter the proposed Qualified HIPAA Protective Order to allow them to obtain and protect the confidentiality of Plaintiff's medical records; or any other relief the Court deems appropriate.

    Respectfully submitted,

**LACY GILLENWATER and TROY REED in his official capacity.**

By:  *s/Carla G. Tolbert*

Bhairav Radia, #6293600
Carla G. Tolbert, #6305104
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Telephone: (847) 291-0200
E-mail: ctolbert@ifmklaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS

| | | |
|---|---|---|
| ROBERT E. WILLIAMS, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 22-cv-00977-JPG |
| | ) | |
| ANDY GARDEN, | ) | |
| TROY REED, | ) | |
| CLAYTON CARTER, and | ) | |
| LACY GILLENWATER, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 26, 2023, I electronically filed *Motion for Qualified HIPAA Protective Order* with the Clerk of the Court using the CM/ECF system, and I will send notification of such filing to the following non-registered participant:

    Robert E. Williams
    Shawnee Correctional Center
    6665 State Route 146 East
    Vienna, IL 62995

via U.S. Mail by depositing same in a sealed envelope, proper postage prepaid and affixed thereon and placing same in the U.S. Mail receptacle located at 650 Dundee Road, Northbrook, IL, at or before the hour of 5:00 p.m. on April XX, 2023.

    By:    *s/Carla G. Tolbert*
                  Bhairav Radia, #6293600
                  Carla G. Tolbert, #6305104
                  IFMK Law, Ltd.
                  650 Dundee Road, Suite 475
                  Northbrook, IL  60062
                  Phone: 847/291-0200
                  Fax: 847/291-9230
                  E-mail: bradia@ifmklaw.com
                              ctolbert@ifmklaw.com