22-CV-00977-JPG            I            8-26-24

T R O / Temp. Injuction,            MOTION

My Name is Robert E. Williams Pro. Se. in 22-cv-00977-JPG
I'm requesting the court grants this Motion and removes
me from this County jail. I'm being punished/
retaliated against by correction staff because
of this lawsuit, filed 2 years prior.

6-2024 While in Marion County jail c/o Greing
harrases me and i filed a grievance he placed me
on lock down because i simply asked to have my
cell door closed. I can't submit the grievance because
it's E-filed. # 461473 961, 462141761, & # 461725 001
On one of the grievances c/o Greing Stop when i
asked him what did i ever do to him he said
are you Asking for a lawsuit, then he has me
placed on lock down.

I'm locked in this jail illegally this those on
a double jeopardy charge. 24-cm-171 i was released
from Jefferson County on this matter and Marion
County revokes my probation.
All retaliation from my lawsuit

Each night officer Lacey Gillenwater
works i get looked at differently, and she told

in mates that she cant come into
cell block because i am seeing her.
Her statement caused problems with me
and inmate Timothy Brigers the inmate
she told that to, because he likes her
and she cant walk into the open bay
cell block anymore. Shes a pretty girl and
that made him mad.

At the very least, i should be moved
so she can do her job until the outcome
of the case. I do not feel safe and should
be moved, so i do not have to live in
constant fear and keep being retaliated against
by staff. While being placed in here this time
i was placed into two different cell blocks
because they wanted to see me near Federal
Inmates. Please grant my Temp Injunction and
have me removed out of this county immediately. The
issue was moot before because i was not in MTJ.
But now i am.

Peter E. Urien
Peter E. Williams
22-cv-00977-JPG
8-26-24
204 W. Washington
Salem Il. 62881



US POSTAGE

quadient
FIRST-CLASS MAIL
IMI
$000.69⁰
08/27/2024 ZIP 62881
043M31251458

SAINT LOUIS MO 630

27 AUG 2024PM 5

SOUTHERN

PSC Missouri Ave

East Saint Louis, IL.

62201

US MARSHALS
MAIL CLEARED

6645958—100229

Robin E. Williams

OFFICE OF THE SHERIFF

MARION COUNTY, ILLINOIS

SHERIFF ANDY GARDEN

204 NORTH WASHINGTON
SALEM, ILLINOIS 62881

Legal Mail

RECEIVED

AUG 30 2024

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE